# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Washington,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                      3:07cv100

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/12/08 Order.

                                                          FRANK G. JOHNS, CLERK

April 14, 2008

                                                  BY: s/ Deidre Reid
                                                          Deidre Reid, Deputy Clerk